

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

**GROVER SELLERS**

ATTORNEY GENERAL

Honorable R. T. Weber, President
Texas State Board of Dental Examiners
Norwood Building
Austin, Texas

Dear Sir:

Opinion No. O-2154
Re: Necessary notices and or-
ders required to be sent
to parties charged with
violations of the dental
laws.

     Enclosed you will find the necessary orders for
the porper procedure under Section 4 of Article 752e, Pe-
nal Code, as amended. May we also point out that the Ar-
ticle in question is very detailed as to number of days
preceeding and following notices, etc. Therefore, it will
be essential to follow the Statute very strictly and thus
avoid any trouble if orders of the Board are appealed.

     It is impractical to draw the final order until
after you have had your hearing. The substance of the fi-
nal order is dependent on the evidence and ruling made at
this hearing. We will cooperate in drawing this order when
the occasion arises.

     We sincerely hope that these orders cover your
demand and will be ready to assist you in any manner.

Yours very truly

APPROVED AUG. 23, 1940

ATTORNEY GENERAL OF TEXAS

/s/ Grover Sellers

By

FIRST ASSISTANT
ATTORNEY GENERAL

/s/ Frederik B. Isely
Assistant

FBI:ew
pw

Encl.

APPROVED OPINION COMMITTEE BY B.W.B. CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT